Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorney for Plaintiff
J & J Sports Productions, Inc.

**FILED**
NOV 1 2 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF COURT
OAKLAND CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> LAURA SYLVIA MENDOZA-GOVAN, INDIVIDUALLY and d/b/a KIMBALL'S SPORTS BAR A/K/A KIMBALLS CARNIVAL, <br><br> Defendants. | Case No. C10-05123 BZ <br><br> **CERTIFICATION AS TO INTERESTED PARTIES** |

The undersigned, counsel of record for Plaintiff, J & J Sports Productions, Inc., certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

**PARTIES**

*Plaintiff, J & J Sports Productions, Inc.*
c/o Law Offices of Thomas P. Riley, P.C.
Attention: Thomas P. Riley
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227
///

Page 1

1 | Telephone: (626) 799-9797
2 | Facsimile:  (626) 799-9795

4 | **Defendant**, Laura Sylvia Mendoza-Govan, individually and d/b/a Kimball's Sports Bar a/k/a Kimballs Carnival

6 | 215 Washington Street
Oakland, CA 94607

10 | Dated: 11/5/10

LAW OFFICE OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorney of Record for
J & J Sports Productions, Inc.

13 | ///
14 | ///
15 | ///
16 | ///
18 | ///
19 | ///
20 | ///
22 | ///
23 | ///
24 | ///
25 | ///
27 | ///
28 | ///