Thomas P. Riley, SBN 194706
**LAW OFFICES OF THOMAS P. RILEY**
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030
Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net
**Attorney for Plaintiff**
**J & J Sports Productions, Inc.**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | Case No. 3:10-cv-05123-WHA |
| Plaintiff, | AMENDED NOTICE OF HEARING RE: PLAINTIFF'S NOTICE OF MOTION AND MOTION TO STRIKE DEFENDANT'S AFFIRMATIVE DEFENSES. |
| vs. | |
| LAURA SYLVIA MENDOZA-GOVAN, individually and d/b/a KIMBALL'S SPORTS BAR a/k/a KIMBALLS CARNIVAL, | Date: Thursday, April 28, 2011<br>Time: 8:00 A.M.<br>Court: Courtroom 9, 19th Floor<br>Judge: Hon. William H. Alsup |

TO THE HONORABLE WILLIAM H. ALSUP, THE DEFENDANT AND HER ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on Thursday, April 28, 2011, at 8:00 A.M., or as soon thereafter as this matter may be heard in Courtroom 9, 19th floor of the United States District Court, located at 450 Golden Gate Avenue, San Francisco, California 94102, Plaintiff J & J Sports Productions, Inc., by and through counsel, will move this Court for an Order striking the affirmative defenses of Defendant Laura Sylvia Mendoza-Govan (hereinafter "Defendant") (Docket No. 6).

///

///

///

Defendant and his attorney/s of record are further instructed that this Amended Notice of Hearing Re: Plaintiff's Notice of Motion and Motion to Strike The Defendants Affirmative Defenses supersedes the Plaintiff's Notice of Motion and Motion to Strike The Defendants Affirmative Defenses (hereinafter "Plaintiff's motion") previously served upon the Defendant on March 10, 2011 referencing that the Plaintiff's motion hearing to be determined.

As set forth above, Plaintiff's motion will now be heard on Thursday, April 28, 2011, at 8:00 A.M. by the Honorable William H. Alsup.

Respectfully submitted,

Dated:  March 21, 2011

*/s/ Thomas P. Riley*
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorney for Plaintiff
J & J Sports Productions, Inc.

///
///
///
///
///
///
///
///
///
///
///

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California.  I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont, South Pasadena, California 90130.  I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On March 21, 2011, I served:

AMENDED NOTICE OF HEARING RE: PLAINTIFF'S NOTICE OF MOTION AND MOTION TO STRIKE DEFENDANT'S AFFIRMATIVE DEFENSES.

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

N. Maxwell Njelita, Esq.
NJELITA LAW OFFICES
436 Fourteenth Street, Suite 1107
Oakland, California 94612

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on March 21, 2011, at South Pasadena, California.

Dated: March 21, 2011                              */s/ Maria Baird*
                                                   MARIA BAIRD