UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: March 31, 2011                             Total Hearing Time: 6 minutes

Case No. C10-05123 WHA

Title: J&J SPORTS PRODUCTION v. MENDOZ-GOVAN

Plaintiff Attorney(s): Thomas A.E. Hesketh specially for Thoomas Riley

Defense Attorney(s): N. Maxwell Njelita

Deputy Clerk: Dawn Toland                        Court Reporter: Kathy Wyatt

**PROCEEDINGS**

1)  CMC - HELD

2)  

Complete Initial Disclosures (Rule 26): 4/15/11

Last Day to Seek Leave to Add/Amend: 5/31/11

Discovery Cutoff: 12/30/11

Last Day to File Motion: 2/16/12

Continued to ___ for Further Case Management Conference

Continued to  **4/2/12 at 2:00 pm**  for Pretrial Conference

Continued to  **4/9/12 at 7:30 am**  for Jury Trial

**ORDERED AFTER HEARING:**

Case is referred to ADR for Mediation.